```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

DANIEL CUBA,                     )
                                 )
              Plaintiff,         )         4:08CV3152
                                 )
         V.                      )
                                 )
FURNAS COUNTY, Nebraska, a       )         MEMORANDUM AND ORDER
political subdivision,           )
                                 )
              Defendant.         )
                                 )
```

The court's order dated August 21, 2008 stated the parties were given until September 3, 2008 to file their Report of Planning Meeting.  Filing 26.  The scheduling packet sent to the parties by the clerk set the planning report deadline for September 28, 2008.  Filing 25.  Due to the discrepancy, the planning report deadlines in filings 25 and 26 are set aside, and

IT IS ORDERED:  The parties are given until September 8, 2008 to file their Report of Planning Meeting.

DATED this 3rd day of September, 2008.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge