# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

DANIEL CUBA,

    Plaintiff,

v.

COUNTY OF FURNAS, NEBRASKA, a political subdivision of, d/b/a/ the FURNAS COUNTY SHERIFF DEPARTMENT,

    Defendant.

Case No.:  4:08-cv-3152

**ORDER OF RELEASE OF BOND**

    THIS MATTER IS BEFORE THE COURT upon the Defendant's Motion to Release Bond (filing 42).  Upon being informed in the premises, the Court finds that the requested Order should be entered.

    WHEREFORE, IT IS ORDERED the $10,000 bond paid by Baird Holm on behalf of the Defendant should be released to Baird Holm.

    Dated this 17th day of October, 2008.

    BY THE COURT:


    By: s/ *Richard G. Kopf*
        District Court Judge

DOCS/880334.2